*Payton & Hay,* for plaintiff in error.

*W. E. Wooten,* solicitor-general, and *J. H. Tipton,* contra.

---

### LITTLE *v.* MAYOR AND COUNCIL OF FORT VALLEY.

FISH, P. J. 1. "Points made in a petition for certiorari not verified by the answer of the trial judge present nothing for determination either by the superior or the Supreme Court." *Fitts* v. *Atlanta*, 121 *Ga.* 567.

2. One arraigned in a municipal court for the violation of an ordinance of the municipality is not entitled to a trial by jury. *Littlejohn* v. *Stells*, 123 *Ga.* 427.

3. The charge of "keeping intoxicants for sale within the limits of Fort Valley, Ga.," in violation of an ordinance of that town, does not charge the commission of a crime punishable under the laws of the State.

4. The charter of the town of Fort Valley (Acts 1882–3, p. 480) empowers the

mayor to impose a fine not to exceed fifty dollars for a violation of an ordinance of that town.

5. The evidence warranted a finding by the mayor that the accused was guilty of violating the ordinance as charged, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued June 19,—Decided July 17, 1905.

Certiorari.    Before Judge Felton.    Houston superior court. May 1, 1905.

*John R. Cooper* and *Wilfred C. Lane,* for plaintiff in error. *Louis L. Brown,* contra.